AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
RYAN HUTCHINSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HUTCHINSON<br><br>Plaintiff,<br><br>v.<br><br>NEW LI PO, INCORPORATED,<br><br>Defendant. | Case No. 3:24-cv-05113-JSC<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: August 14, 2024 |

**STIPULATION**

Plaintiff RYAN HUTCHINSON ("Plaintiff") and Defendant NEW LI PO, INCORPORATED ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

The parties also stipulate that Defendant shall implement a service animal policy and shall train its existing and newly hired employees using the U.S. Department of Justice's document "ADA Requirements: Service Animals" found here: https://www.ada.gov/resources/service-animals-2010-requirements/**.** Defendant shall also post the document in its place of business. Defendant agrees to take these actions no later than thirty (30) calendar days. In the event Defendant does not complete the injunctive relief as specified,

Defendant shall have 30 days to correct the deficiencies.

**IT IS SO STIPULATED.**

Dated: November 22, 2024

REIN & CLEFTON

____*/s/ Aaron M. Clefton*___
By: AARON M. CLEFTON, ESQ.
Attorneys for Plaintiff
RYAN HUTCHINSON

Dated: November 22, 2024

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER

____*/s/ Maria M. Lampasona*_____
By: MARIA M. LAMPASONA, ESQ.
Attorneys for Defendant
NEW LI PO, INCORPORATED

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on November 22, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Maria M. Lampasona in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _________, 2024

_________________________________
Honorable Jacqueline Scott Corley
U.S. District Judge